UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-cv-23646-FAM

AWILFRED SANTANA,

    Plaintiff,
v.

BJ'S WHOLESALE CLUB, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, AWILFRED SANTANA, by and through his undersigned counsel, and in agreement with Defendant, hereby provides notice that the parties have reached a settlement of all claims in this case on November 16, 2021. The parties are in the process of executing settlement documents and preparing the joint stipulation for dismissal, only the latter of which will be filed with the Court upon completion.

Dated: November 16, 2021                              Respectfully submitted,

                                                          By:/s/ Peter M. Hoogerwoerd
                                                          Peter M. Hoogerwoerd, Esq.
                                                          Fla. Bar No.: 188239
                                                          **REMER & GEORGES-PIERRE, PLLC**
                                                          Courthouse Tower
                                                          44 West Flagler Street, Suite 2200
                                                          Miami, FL 33130